```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0062--CR (HRH)
                            "USA V MONTAKARN JONES"
                            DEF 1.1 JONES, MONTAKARN

     In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
       Magistrate Judge:
                 Filed: 07/15/05
                Closed: 08/05/05
     No. of Defendants: 1
        MJ Case Number:
                   AKA: MONA JONES
                        MONTAKARN SUKSANGUAN
                        MONA SUKSANGUAN
       Location status: Released on Own Recognizance
            Trial date:
            Terminated: YES
      Needs interpreter: YES
      Counsel of record: Joseph P. Josephson
                        Josephson & Associates PC
                        912 W. 6th Avenue
                        Anchorage, AK 99501
                        907-276-0151
                        FAX 907-276-0155
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial


     PLF 1.1 UNITED STATES OF AMERICA

      Counsel of record: James N. Barkeley
                        U.S Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


     Counts re: DEF 1.1 JONES, MONTAKARN

     Document         Count       Citation and Description                    Disposition
     _____         _____       _____                    _____
                                  No charges found
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A05-0062--CR (HRH)
                  "USA V MONTAKARN JONES"

             In public format, for all filing dates
```

Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:
          Filed: 07/15/05
         Closed: 08/05/05
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/15/05 | {SEALED} |
| 2 - 1 | 07/26/05 | [Re: DEF 1] HRH Minute Order setting arr, EOP & IOS on 8/4/05 @ 9:00 a.m.. cc: USA, J. Josephson, USM, USPO |
| 3 - 1 | 08/04/05 | [Re: DEF 1] HRH Court Minutes [ECR: April Karper] re Arr, EOP, and IOS (held 8/4/05); def plead guilty to ct 1 of the Info; sent imposed as stated in the judg; bond exon; plf oral mot to dismiss cts 1 and 2 of the first SIndt in case A04-0126-17-CR GRANTED; cc: USA, J. Josephson, USM, USPO, certified copy to A04-0126-17-CR. |
| 4 - 1 | 08/05/05 | [Re: DEF 1] HRH Judgment pleaded guilty to ct 1 of Info (1-1); sentenced to 24 mos prob; $25.00 SA. cc: USA, J. Josephson, Def w/cnsls cy, USM, USPO, Finance, FLU |
| 5 - 1 | 08/08/05 | [Re: DEF 1] HRH Minute Order re jmt has been entered in this case; CJA cnsl is reminded to file voucher for pymt of atty fees & costs w/in 45 days following completion of the case; if there are outstanding arrangements for investigators or interpreters who have not yet submitted thier vouchers, they too should be promptly submitted. cc: FPD CJA Clerk, J. Josephson |
| 6 - 1 | 09/30/05 | DEF 1 motion for return of passport. |
| 7 - 1 | 09/30/05 | DEF 1 motion for expedited consideration re defendant's motion for return of passport. |
| 8 - 1 | 09/30/05 | [Re: DEF 1] HRH Order granting motion for expedited consideration re defendant's motion for return of passport (7-1). cc: AUSA, J. Josephson |
| 9 - 1 | 09/30/05 | [Re: DEF 1] HRH Order granting motion for return of passport (6-1). cc: AUSA, J. Josephson, Finance |